UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILFREDO GONZALEZ,

                              Plaintiff,                  **CERTIFICATE OF SERVICE**

-against-

DR. LESTER N. WRIGHT, STEVEN SILVER, MD,      1:07-cv-02898-KMW
SAMUEL LAM, MD, MICHELLE PUTNAM, MD,
JONATHAN SMITH, MD, AUGUSTINE
MOSCATELLO, MD, WLADYSLAW SIDOROWICZ, MD,
S.J. LILLEY, RN/MHSA, HERBERT GOULDING, MD,
R. BLAIR, RN/MHSA,

                              Defendants.

---

      I hereby certify that on January 15, 2008, I have mailed by the United States Postal Service the foregoing Answer to Amended Complaint to the following non-ECF Participants:

                        **WILFREDO GONZALEZ, 83A 5986**
                              *Pro Se*
                        Woodbourne Correctional Facility,
                          99 Prison Road, POB 1000
                          Woodbourne, NY 12788-1000


                                              S/Jennifer Macarille
                                              Jennifer Macarille

Sworn to before me this   15th
day of   January  , 2008.

S/Monica Pole
NOTARY PUBLIC - STATE OF NEW YORK
Monica Pole