USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

# Maynard, O'Connor, Smith & Catalinotto, LLP
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| Michael E. Catalinotto<br>Stephen C. Prudente<br>Christopher K.H. Dressler<br>Thomas G. Daley<br>James R. Schultz<br>Bruce A. Bell<br>Concetta R. Lomanto<br>Edwin J. Tobin, Jr.<br>Michael E. Catalinotto, Jr.<br>Robert A. Rausch<br>Aaron M. Baldwin | 6 Tower Place<br>Albany, New York 12203<br>(518) 465-3553<br>Fax (518) 465-5845 | P.O. Box 180<br>Saugerties, New York 12477<br>(845) 246-3666<br>Fax (845) 246-0390<br><br>**Service by Facsimile<br>is Not Accepted**<br><br>PLEASE REPLY TO<br>*Saugerties Office* | 122 West Main Street<br>Johnstown, New York 12095<br>(518) 762-4212<br>Toll Free (800) 721-3553 | Michael T. Snyder<br>Anne-Jo Pennock McTague, RN<br>Frederick C. Kelly<br>Fawn A. Arnold<br>Kerry-Ann N. Lawrence<br>Jessica R. Meigher<br>Alexander L. Stabinski<br>James D. DiPasquale<br>Crystal A. Doolity<br><br>OF COUNSEL<br>Angelo D. Lomanto<br><br>Earl S. Jones, Jr. (1924-2004) |

January 15, 2008

Gonzalez v. Silver, M.D., et al.
1:07-cv-02898-KMW
Our File No. 125.25442

Honorable Michael H. Dolinger
U.S. Magistrate
Southern District Court
United States Courthouse,
500 Pearl Street, Room 1670
New York, New York 10007-1312

VIA FACSIMILE
212/805-7928

**ENDORSED ORDER**
Since plaintiff is appearing pro se, this is not an ECF case. We will deem this submission by defendants to be sufficient for purposes of filing the answer of Dr. Silver. In future, counsel is to arrange to file his papers.
[signature]
1/15/08

Dear Judge Dolinger:

I represent Steven Silver, M.D. in the above entitled matter. I was informed today that my office inadvertently did not e-file the amended answer although it was served on the plaintiff by mail. As such, we are respectfully requesting that you accept our amended answer for filing by way of this fax.

If you have any questions or require any additional information please do not hesitate to contact me.

Respectfully yours,

Very truly yours,

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP

By [signature]
Michael E. Catalinotto, Jr.
Catalinottojr@moscllp.com

MCJ:jrm
enc.

337782.1