```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
WILFREDO GONZALEZ,
                                :
              Plaintiff,                   ORDER
                                :
         -against-                    07 Civ. 2898 (CM)(MHD)
                                :
DR. LESTER WRIGHT et al.,
                                :
              Defendants.
-------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```



The court having conducted a telephone conference today with plaintiff pro se and counsel for the served defendants,

It is hereby ordered as follows:

1. Counsel for defendant Augustine Moscatello is to file his answer to the complaint with the Clerk of the Court forthwith.

2. If plaintiff still wishes to serve the complaint and a summons on defendants Samuel Lam, Jonathan Smith and Michelle Putnam, he must arrange for the United States Marshal or someone else to do so by no later than February 29, 2008. To assist him in doing so, we direct that the Clerk of the Court forward the necessary three summonses and the appropriate U.S. Marshal's forms to him promptly. According to the Office of the Attorney General,

1

these three defendants may be served at the following addresses:

> Dr. Samuel Lam
> 47 New Scotland Avenue
> Albany, New York 12208
>
> Dr. Jonathan Smith
> 1200 Waters Place
> Suite 110
> Bronx, New York 10461
>
> Dr. Michelle Putnam
> Culver Medical Plaza
> 3831 Hughes Avenue
> Suite 504
> Culver City, California 90232

3. Plaintiff is to promptly sign and return to the Office of the Attorney General the releases sent to him for his medical records at the Westchester County Medical Center and his prison mental health records. If he has not received those release forms, he is tell the attorney for the State defendants, and she will send him another set of releases to sign and return to her.

4. Counsel for the State defendants having obtained plaintiff's prison medical records based on a release by plaintiff, counsel for the other defendants are to obtain copies of those records, if they wish them, from the Office of the Attorney General.

5. All fact discovery is to be completed by no later than June 30, 2008.

2

6. If any party intends to call any expert witnesses at trial, they are to designate those witnesses and provide the information required by Fed. R. Civ. P. 26(a)(2)(B) by no later than July 14, 2008.

7. If any parties wishes to move for dispositive relief, the motion is to be served by no later than August 15, 2008.

Dated: New York, New York
       January 23, 2008

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Mr. Wilfredo Gonzalez
#83-A-5986
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodourne, New York 12788-1000

Sabrina Jiggetts, Esq.
Assistant Attorney General
   for the State of New York
120 Broadway
24th Floor
New York, New York 10271

Michael T. Snyder, Esq.
Maynard, O'Connor, Smith & Catalinotto, LLP
6 Tower Place
Albany, New York 12203

John J. Corgan, esq.
Schiavetti, Corgan, DiEdwards & Nicholson, LLP
709 Westchester Avenue
Suite 205
White Plains, New York 10604