UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

WILFREDO GONZALEZ,
         Plaintiff,

Case No. 07-Civ-2898 (CM) (MHD)
(Pro Se)

-against-

**ORDER GRANTING LEAVE FOR THE TAKING OF THE DEPOSITION OF THE INCARCERATED PLAINTIFF**

DR. LESTER N. WRIGHT, et al.,
         Defendants.
---------------------------------------------------- X

Upon the annexed affirmation of Sabrina Jiggetts, executed on March 7, 2008 and the notice of deposition attached thereto, it is hereby:

**ORDERED**, that, pursuant to Federal Rule of Civil Procedure 30(a), and upon the notice given by defendants to plaintiff, defendants may take the deposition of plaintiff/inmate Wilfredo Gonzalez at Woodbourne Correctional Facility, or at Sing Sing Correctional Facility, or at any other correctional facility operated by the New York State Department of Correctional Services, on May 9, 2008, or at such other day as may be set.

Dated: New York, New York
       March 12, 2008

_____
Hon. Michael H. Dolinger
Magistrate States District Judge