# UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

WILFREDO GONZALEZ,

                              Plaintiff,

   -against-

DR. LESTER N. WRIGHT, STEVEN SILVER, MD,
SAMUEL LAM, MD, MICHELLE PUTNAM, MD,
JONATHAN SMITH, MD, AUGUSTINE
MOSCATELLO, MD, WLADYSLAW SIDOROWICZ, MD,
S.J. LILLEY, RN/MHSA, HERBERT GOULDING, MD,
R. BLAIR, RN/MHSA,

                              Defendants.

**NOTICE OF APPEARANCE**

Case 1:07-cv-02898-CM-MHD

TO:    CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

    You are hereby requested to enter my appearance as counsel for the defendants, Steven Silver, MD and Michelle Putnam, MD, in this above-entitled action. You are also hereby requested to remove Michael T. Snyder, as he is no longer lead counsel and should be replaced by Michael E. Catalinotto, Jr.

Dated:    March 18, 2008

                                                **MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP**

                                              S/Michael E. Catalinotto, Jr.
                                            By: Michael E. Catalinotto, Jr.. *[Bar Roll # MC2315]*
                                            Attorneys for Defendants, *Steven Silver, MD and Michelle Putnam, MD*
                                            P.O. Box 180
                                            Saugerties, New York 12477
                                            (845) 246-3666

343514.1

-2-

cc:  Sabrina Jiggetts, Esq., AAG
     Attorney for Defendants, *Wright,
     Sidorowicz, Lilley, Goulding & Blair*
     State of New York
     Office of the Attorney General
     120 Broadway - 24th Floor
     New York, New York  10271
     (212) 416-6082

     John J. Corgan, Esq.
     Schiavetti, Corgan, DiEdwards & Nicholson, LLP
     Attorneys for *Moscatello and Smith*
     709 Westchester Avenue, Suite 205
     White Plains, New York  10604
     (914) 946-0400

     Wilfredo Gonzalez, 83A 5986
     *Pro Se*
     Woodbourne Correctional Facility
     P.O. Box 1000, 99 Prison Road
     Woodbourne, New York 12788-1000

343514.1