UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

**WILFREDO GONZALEZ,**

                    **Plaintiff,**

              **vs.**

DR. LESTER N. WRIGHT, STEVEN SILVER, MD,
SAMUEL LAM, MD, MICHELLE PUTNAM, MD,
JONATHAN SMITH, MD, AUGUSTINE
MOSCATELLO, MD, WLADYSLAW SIDOROWICZ, MD,
S.J. LILLEY, RN/MHSA, HERBERT GOULDING, MD,
R. BLAIR, RN/MHSA,

                    **Defendants.**

Case 1:07-cv-02898-CM-MHD

_____

### CERTIFICATE OF SERVICE

       I hereby certify that on March 19, 2008, I electronically filed the foregoing Answer to the Amended Complaint using the CM/ECF system, which sent notification of such filing to the following::

       And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

    Wilfredo Gonzalez, 83A 5986
    Woodbourne Correctional Facility
    P.O. Box 1000, 99 Prison Road
    Woodbourne, New York 12788-1000

    Sabrina Jiggetts, Esq.
    Assistant Attorney General
    State of New York
    Office of the Attorney General
    120 Broadway - 24th Floor
    New York, New York  10271

    John J. Corgan, Esq.
    Schiavetti, Corgan, DiEdwards & Nicholson, LLP
    709 Westchester Avenue, Suite 205
    White Plains, New York  10604

                                                                       s/_____
                                                                      Kim McDonough

Sworn to before me this 19th day
of March, 2008

 s/_____
Notary Public - State of New York