UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

**WILFREDO GONZALEZ,**

                **Plaintiff,**

        vs.                                         1:07-cv-02898-CM-MHD

**DR. LESTER N. WRIGHT, STEVEN SILVER, MD,
SAMUEL LAM, MD, MICHELLE PUTNAM, MD,**
et al.,

                **Defendants.**

_____

CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2008, I electronically filed a Notice of Appearance on behalf of the defendants Steven Silver, MD and Michelle Putnam, MD, with the Clerk of the District Court using the CM/ECF system.

    And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

    Wilfredo Gonzalez, 83A 5986
    Woodbourne Correctional Facility
    P.O. Box 1000, 99 Prison Road
    Woodbourne, New York 12788-1000

    Sabrina Jiggetts, Esq.
    Assistant Attorney General
    State of New York
    Office of the Attorney General
    120 Broadway - 24th Floor
    New York, New York  10271

John J. Corgan, Esq.
Schiavetti, Corgan, DiEdwards & Nicholson, LLP
709 Westchester Avenue, Suite 205
White Plains, New York  10604

                                               S/
                                          Monica R. Pole

Sworn to before me this 19th day
of March, 2008

        S/
Notary Public - State of New York

343583.1