WILFREDO GONZALEZ, 83-A-5986
WOODBOURNE CORRECTIONAL FACILITY
99 PRISON ROAD, P.O. BOX 1000
WOODBOURNE, NY 12788

March 17, 2008

Ms. Natalie Sobchak, *Pro Se* Clerk
U.S. District Court, S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 230
New York, NY 10007

RE:   GONZALEZ v. WRIGHT, et al.
      07-Civ.-2898 (CM) (MHD) (*pro se*)

Dear Ms. Sobchak:

   I have received new information from the Assistant Attorney General by her letter of March 11, 2008 concerning the whereabouts of the last defendant in this matter to be served. A courtesy copy of this letter was forwarded to you.

   If you recall, I had been given several addresses for this defendant which turned out to be obsolete. Pursuant to Hon. Judge Dolinger's order dated January 23, 2008 in the above referenced matter, I am to contact you for the summons and the marshal forms so that I may serve the documents upon the defendant in the case, whose addresses is as follows:

Dr. Samuel Lam
6101 Chapel Hill Boulevard, Suite 101
Plano, TX 75093

   I thank you again for your attention to my letter, and for the help in effecting service to the defendants in this case.

                                                  Very truly yours,

                                                  Wilfredo Gonzalez

WG/cfr

cc:   Ms. Sabrina Jiggetts, A.A.G.
      State of New York
      Office of the Attorney General
      120 Broadway, 24th Floor
      New York, NY 10271

ENDORSED ORDER
Application granted.
McMahon
4/2/08