```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
WILFREDO GONZALEZ,                   :
                                     :
              Plaintiff,             :     ORDER
                                     :     07 Civ. 02898 (CM)(MHD)
         -against-                   :
                                     :
DR. LESTER N. WRIGHT et al.,         :
                                     :
              Defendants.            :
-------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

**ORDERED** that the Pro Se Office is to issue to plaintiff Wilfredo Gonzalez a second amended summons and all paperwork necessary to serve Dr. Samuel Lam. The deadline for plaintiff to serve Dr. Lam is extended to June 2, 2008.

Dated: New York, New York
       April 3, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Sabrina Jiggetts, Esq.
Assistant Attorney General
120 Broadway -- 24th Floor
New York, NY 10271


Michael T. Snyder, Esq.
Maynard O'Connor Smith & Catalinotto, LLP (Albany)
80 State Street
Albany, NY 12207


John J. Corgan, Esq.
Schiavetti, Corgan, DiEdwards & Nicholson, LLP
709 Westchester Avenue
Suite 205
White Plains, NY 10604


Peter R. Taglia, Esq.
Dwyer & Taglia, Esqs.
111 John Street, Suite 620
New York, NY 10038


Wilfredo Gonzalez
(#83-A-5986)
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, NY 12788