# DWYER & TAGLIA
ATTORNEYS AT LAW
111 JOHN STREET
NEW YORK, NEW YORK 10038

TELEPHONE (212) 227-6000
FAX (212) 227-6050

PETER R. TAGLIA
GARY J. DWYER

OF COUNSEL
MARGARET M. COMPERIATI

April 4, 2008

Hon. Michael H. Dolinger, U.S.J.M..
500 Pearl Street – Room 1670
New York, New York 10007-1312

Re: **GONZALEZ v. WRIGHT, et al.**
1:07 –cv-02898 (CM-MHD)

Dear Judge Dolinger:

We recently entered an appearance on behalf of Dr. Jonathan Smith who was named in the Amended Complaint. We would like to provide copies of Dr. Smith's records to Mr. Gonzalez and counsel for the other defendants, and need copies of the records maintained by the other defendants. By letter, dated March 27, 2008, I asked Mr. Gonzalez for authorizations permitting release his various records, but it might be more expedient for your Honor to direct all parties to exchange copies of the records and films in their possession, so as to avoid a claim of a HIPPA violation and to ensure that records are received before the plaintiff's deposition (tentatively scheduled for May 8, 2008).

Your Honor's assistance in this regard is greatly appreciated.

Yours truly,

Peter R. Taglia

PRT/jh

cc: Mr. Wilfredo Gonzalez
(No. 83-A-5986)
c/o Woodburne Correctional Facility

Sabrina Jiggetts, Esq.
Office of the Attorney General for the State of New York

Keith Dewar, Esq.
Schiavetti, Corgan, Soscia, DiEdwards & Nicholson, LLP.

Michael T. Snyder, Esq.
Maynard, O'Connor, Smith & Catalinoto, Esqs.

ENDORSED ORDER

Plaintiff is to promptly sign the release sent to him by Dr. Smith's attorney and return it to his lawyer.

M/c sm
4/8/08