

# Maynard, O'Connor, Smith & Catalinotto, LLP
### ATTORNEYS AT LAW

Michael E. Catalinotto
Stephen C. Prudente
Christopher K.H. Dressler
Thomas G. Daley
James R. Schultz
Bruce A. Bell
Concetta R. Lomanto
Edwin J. Tobin, Jr.
Michael E. Catalinotto, Jr.
Robert A. Rausch

P.O. Box 180
Saugerties, New York 12477
(845) 246-3666
Fax (845) 246-0390

6 Tower Place
Albany, New York 12203
(518) 465-3553
Fax (518) 465-5845
www.mosellp.com

Service by Facsimile
is Not Accepted

**PLEASE REPLY TO**
**Saugerties Office**

122 West Main Street
Johnstown, New York 12095
(518) 762-4212
Toll Free (800) 721-3553

Michael T. Snyder
Anne-Jo Pennock McTague, RN
Fawn A. Arnold
Jessica R. Meigher
Alexander L. Stabinski
Crystal A. Doolity
Dana M. Boniewski

OF COUNSEL
Angelo D. Lomanto

Earl S. Jones, Jr. (1924-2004)

May 30, 2008

Gonzalez v. Silver, M.D., et al.
**1:07-cv-02898-CM-MHD**
Our File No. 125.25442

Honorable Michael H. Dolinger
U.S. Magistrate
Southern District Court
United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007-1312

Dear Judge Dolinger:

    As you know, discovery must be completed, in the above entitled matter, by June 30, 2008 pursuant to the scheduling order herein. As you are also aware, several defendants have recently appeared in the case and one of my clients, Dr. Samuel Lamb, has not yet been served. Plaintiff's examination before trial is scheduled for June 20, 2008 at Sing Sing Correctional Facility. The scheduling order also provides that expert disclosure must be served by July 14, 2008 and dispositive motions must be served no later than August 15, 2008.

    In light of the foregoing, I am respectfully requesting that the deadlines for discovery, expert disclosure and dispositive motions all be extended by three (3) months to allow us sufficient time to obtain experts, complete paper discovery, obtain the plaintiff's complete medical file, and prepare dispositive motions after all the defendants have been served and the plaintiff's deposition has been completed. If this meets your approval, please order same by signing where indicated below at your earliest convenience.

Honorable Michael H. Dolinger  May 30, 2008
<u>Gonzalez v. Silver, M.D., et al.</u>  Page 2
**1:07-cv-02898-CM-MHD**

If you have any questions or require any additional information, please do not hesitate to contact me. Thank you for your courtesy and consideration in this matter.

Respectfully yours,

**MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP**

By _____
Michael E. Catalinotto, Jr.
*catalinottojr@moscllp.com*
Bar Roll # MC2315

MCJ:mrp/349927.1

cc:  Sabrina Jiggetts, Esq., AAG (via electronic case filing)
     John J. Corgan, Esq. (via fax 914-946-2327 & regular mail)
     Peter R. Taglia, Esq. (via fax 212-227-6050 & regular mail)
     Wilfredo Gonzalez, # 83-A-5986 (via regular mail)

SO ORDERED:

_____
Hon. Michael H. Dolinger

Dated: June _____, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILFREDO GONZALEZ,

                         Plaintiff,                **CERTIFICATE OF SERVICE**

-against-

DR. LESTER N. WRIGHT, STEVEN SILVER, MD,     1:07-cv-02898-CM-MHD
SAMUEL LAM, MD, MICHELLE PUTNAM, MD,
JONATHAN SMITH, MD, AUGUSTINE
MOSCATELLO, MD, WLADYSLAW SIDOROWICZ, MD,
S.J. LILLEY, RN/MHSA, HERBERT GOULDING, MD,
R. BLAIR, RN/MHSA,

                         Defendants.

---

     I hereby certify that on May 30, 2008, I have mailed by the United States Postal Service the foregoing proposed letter order to the following non-ECF Participants:

**PERSONAL AND CONFIDENTIAL**
WILFREDO GONZALEZ, 83A 5986
Woodbourne Correctional Facility,
99 Prison Road, POB 1000
Woodbourne, NY 12788-1000

John J. Corgan, Esq.
Schiavetti, Corgan, DiEdwards & Nicholson, LLP
709 Westchester Avenue, Suite 205
White Plains, New York 10604

Peter R. Taglia, Esq.
Dwyer & Taglia, Esqs.
111 John Street, Suite 620
New York, New York 10038

                                              /s/ Monica R. Pole
                                                 Monica R. Pole

Sworn to before me this __30th__
day of __May__, 2008.

/s/ Patricia V. Stroh
NOTARY PUBLIC - STATE OF NEW YORK

PATRICIA V. STROH
Notary Public, State of New York
No. 01ST4813879
Qualified in Ulster County
Commission Expires February 28, 20__

349928.1