

# Maynard, O'Connor, Smith & Catalinotto, LLP
### ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Michael E. Catalinotto<br>Stephen C. Prudente<br>Christopher K.H. Dressler<br>Thomas G. Daley<br>James R. Schultz<br>Bruce A. Bell<br>Concetta R. Lomanto<br>Edwin J. Tobin, Jr.<br>Michael E. Catalinotto, Jr.<br>Robert A. Rausch | P.O. Box 180<br>Saugerties, New York 12477<br>(845) 246-3666<br>Fax (845) 246-0390 | 6 Tower Place<br>Albany, New York 12203<br>(518) 465-3553<br>Fax (518) 465-5845<br>www.mosellp.com | 122 West Main Street<br>Johnstown, New York 12095<br>(518) 762-4212<br>Toll Free (800) 721-3553 | Michael T. Snyder<br>Anne-Jo Pennock McTague, RN<br>Fawn A. Arnold<br>Jessica R. Meigher<br>Alexander L. Stabinski<br>Crystal A. Doolity<br>Dana M. Boniewski<br><br>OF COUNSEL<br>Angelo D. Lomanto<br><br>Earl S. Jones, Jr. (1924-2004) |

Service by Facsimile is Not Accepted

PLEASE REPLY TO
Saugerties Office

May 30, 2008

Gonzalez v. Silver, M.D., et al.
1:07-cv-02898-CM-MHD
Our File No. 125.25442

Honorable Michael H. Dolinger
U.S. Magistrate
Southern District Court
United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007-1312

*ENDORSED ORDER*

*The current scheduled deadlines are adjourned 30 days. Counsel who are taking plaintiff's deposition are reminded that they are responsible for arranging a Spanish-language interpreter since plaintiff reports that she is not fluent in English.*

*6/3/08*

Dear Judge Dolinger:

As you know, discovery must be completed, in the above entitled matter, by June 30, 2008 pursuant to the scheduling order herein. As you are also aware, several defendants have recently appeared in the case and one of my clients, Dr. Samuel Lamb, has not yet been served. Plaintiff's examination before trial is scheduled for June 20, 2008 at Sing Sing Correctional Facility. The scheduling order also provides that expert disclosure must be served by July 14, 2008 and dispositive motions must be served no later than August 15, 2008.

In light of the foregoing, I am respectfully requesting that the deadlines for discovery, expert disclosure and dispositive motions all be extended by three (3) months to allow us sufficient time to obtain experts, complete paper discovery, obtain the plaintiff's complete medical file, and prepare dispositive motions after all the defendants have been served and the plaintiff's deposition has been completed. If this meets your approval, please order same by signing where indicated below at your earliest convenience.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILFREDO GONZALEZ,

                    Plaintiff,                    **CERTIFICATE OF SERVICE**

    -against-

DR. LESTER N. WRIGHT, STEVEN SILVER, MD,      1:07-cv-02898-CM-MHD
SAMUEL LAM, MD, MICHELLE PUTNAM, MD,
JONATHAN SMITH, MD, AUGUSTINE
MOSCATELLO, MD, WLADYSLAW SIDOROWICZ, MD,
S.J. LILLEY, RN/MHSA, HERBERT GOULDING, MD,
R. BLAIR, RN/MHSA,

                    Defendants.

---

    I hereby certify that on May 30, 2008, I have mailed by the United States Postal Service the foregoing proposed letter order to the following non-ECF Participants:

**PERSONAL AND CONFIDENTIAL**
WILFREDO GONZALEZ, 83A 5986
Woodbourne Correctional Facility,
99 Prison Road, POB 1000
Woodbourne, NY 12788-1000

John J. Corgan, Esq.
Schiavetti, Corgan, DiEdwards & Nicholson, LLP
709 Westchester Avenue, Suite 205
White Plains, New York 10604

Peter R. Taglia, Esq.
Dwyer & Taglia, Esqs.
111 John Street, Suite 620
New York, New York 10038

                                      _/s/ Monica R. Pole_
                                        Monica R. Pole

Sworn to before me this   30th  
day of   May  , 2008.

_/s/ Patricia V. Stroh_
NOTARY PUBLIC - STATE OF NEW YORK

**PATRICIA V. STROH**
Notary Public, State of New York
No. 01ST4813879
Qualified in Ulster County
Commission Expires February 28, 20_11_

                                                                                                                                                     349928.1