STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

ENDORSED ORDER

The current pretrial deadlines are adjourned 60 days. Counsel should assume that no further extensions will be granted. Hence, if they seek further medical records, they must provide any additional releases to the plaintiff promptly.

[signature] 7/21/08

July 21, 2008

RECEIVED JUL 21 2008

**VIA FACSIMILE (212) 805-7928**

Honorable Michael H. Dolinger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Wilfredo Gonzalez v. Wright, et al.
07-CV-2898 (CM) (MHD) (pro se)

Dear Judge Dolinger:

The State's defendants respectfully request an extension of the close of fact discovery from July 29, 2008 until September 30, 2008. On June 3, 2008, the Court endorsed co-defendant's attorney Michael Catalinotto's letter dated May 30, 2008, and adjourned the deadlines for thirty days, which included the close of discovery, expert witness disclosure and dispositive motions. We are now respectfully seeking a further extension as to all current scheduled deadlines for the below-mentioned reasons. All co-defendants' attorneys concur in this application.

We have received authorizations from Mr. Gonzalez to obtain his medical records from the correctional facility, Albany Medical Center and Westchester Medical Center. We also need Mr. Gonzalez' authorization to obtain copies of any x-rays, cat scans and photographs from these facilities that Mr. Gonzalez has requested in discovery. Furthermore, it appears that Mr. Gonzalez has also received medical treatment regarding his nose from other health care facilities, which were not reflected in Mr. Gonzalez' complaint. We would like to obtain copies of those medical records as well, which would require first obtaining releases for those records.

Honorable Dolinger
Re: *Wilfredo Gonzalez v. Wright, et al.*
    07-CV-2898 (CM) (MHD) (pro se)
July 21, 2008
Page 2

    We are scheduled to take Mr. Gonzalez' deposition at Sing Sing Correctional Facility on July 22, 2008, which will include attorneys Michael Catalinotto, Terrence Dempsey and Peter Taglia. We have arranged for a Spanish Interpreter to be present, pursuant to Mr. Gonzalez' request.

    Currently, the expert disclosure must be served on or about August 14, 2008, and we are seeking an extension to this deadline as well. We expect to seek an expert witness in this case, however, we will need all relevant and pertinent medical records.

    In light of the above, the defendants respectfully request an extension of the close of discovery from July 29, 2008 until September 30, 2008.

                  Very truly yours,

                    Sabrina Jiggetts
                    Assistant Attorney General
                    120 Broadway - 24th Floor
                    New York, NY 10271
                    Tel. No. (212) 416-6082

cc:    Wilfredo Wright
       DIN #83-A-5986
       Woodbourne Correctional Facility
       99 Prison Road
       P.O. Box 1000
       Woodbourne, NY 12788

       Michael E. Catalinotto, Jr.
       Maynard, O'Connor, Smith
       & Catalinotto, LLP
       P.O. Box 180
       Saugerties, NY 12477

Honorable Dolinger
Re: <u>*Wilfredo Gonzalez v. Wright, et al.*</u>
    *07-CV-2898 (CM) (MHD) (pro se)*
July 21, 2008
Page 3

Terrence Dempsey, Esq.
Schiavatti, Corgan,
DiEdwards, & Nicholson, LLP
709 Westchester Avenue
Suite 205
White Plains, NY 10604

Peter R. Taglia
Dwyer & Taglia
111 John Street
New York, NY 10038