WILFREDO GONZALEZ, 83-A-5986
WOODBOURNE CORRECTIONAL FACILITY
99 PRISON ROAD, P.O. BOX 1000
WOODBOURNE, NY 12788

July 30, 2008



Hon. Michael H. Dolinger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   Wilfredo Gonzalez v. Wright, et al
      07-CV- (CM) (MHD) (pro se)

Dear Judge Dolinger:

    I am writing you on a matter that I brought to your attention several months ago. I am in need for assigned counsel to continue to prosecute this action. My need at this time is especially critical as I need to secure an expert witness before the amended deadline, which I had intended top do through legal counsel. I also need legal representation to defend dismissal and summary judgment motions. I am unable to do this personally, and there is no one in the law library at the prison capable of doing this as well.

    I have been unable to secure legal representation or expert witnesses on my own despite having written to 20 law firms. I have enclosed copies of the responses I have received. I have not been able to secure representation either on a pro bono or on a contingency fee basis.

    Kindly let me know of the court's position on the matter. I thank you for your attention to my letter, and I look forward to hearing from you.

Respectfully submitted,

*[signature]*

Wilfredo Gonzalez

WG/cfr
cc:   File

ENDORSED ORDER

Plaintiff's application for appointment of counsel is denied. We have reviewed the transcript of plaintiff's deposition and conclude that he has not made a sufficient showing of possible merit to justify the relief that he seeks.

*[signature]*
9/10/08