

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU



ENDORSED ORDER
Application denied. See Endorsed Order dated July 21, 2008.
/s/ MHD 9/18/08

September 18, 2008

**VIA FACSIMILE (212) 805-7928**

Honorable Dolinger
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED SEP 18 2008

Re:   Wilfredo Gonzalez v. Wright, et al.
      07-CV-2898 (CM) (MHD) (pro se)

Dear Honorable Dolinger:

The State's defendants respectfully request an extension of two months for the close of discovery from September 30, 2008 until November 28, 2008, or such other date that the Court deems appropriate. On July 22, 2008, the Court endorsed defendants' letter dated July 21, 2008, and adjourned the deadlines for sixty days, which included the close of discovery, expert witness disclosure and dispositive motions. We are now respectfully seeking a further extension as to all current scheduled deadlines for the reasons stated below.

The Court directed the defendants to obtain the plaintiff's authorizations to request his medical records from the various health care providers and then to forward copies to the plaintiff, along with the three co-defendants' attorneys. We have produced medical records from the correctional facility, Albany Medical Center and Westchester Medical Center. The plaintiff then requested copies of any applicable X-rays, CAT scans and photographs. Further, after reviewing plaintiff's medical records, it appeared that the plaintiff had received medical treatment on his nose from other health care facilities, which were not reflected in plaintiff's complaint. Mr. Gonzalez then provided the defendants with additional authorizations. We are in the process of obtaining

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 •NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

Honorable Dolinger
Re: *Wilfredo Gonzalez v. Wright, et al.*
   07-CV-2898 (CM) (MHD) (pro se)
September 18, 2008
Page 2


copies of the X-rays from the correctional facility for the plaintiff and the three co-defendants' attorneys. However, we are still awaiting receipt of pertinent medical records, including any applicable photographs, CAT scans and X-Rays, from outside providers.

Currently, the expert disclosure must be served on or about October 15, 2008. We expect to seek an expert witness in this case; however, we will need all relevant and pertinent medical records.

In light of the above, the defendants respectfully request an extension of the close of discovery from September 30, 2008 until November 28, 2008, or at a date that the Court deems appropriate.

Very truly yours,

Sabrina Jiggetts
Assistant Attorney General
120 Broadway - 24th Floor
New York, NY 10271
Tel. No. (212) 416-6082


cc:   Wilfredo Gonzalez
      DIN #83-A-5986
      Woodbourne Correctional Facility
      99 Prison Road
      P.O. Box 1000
      Woodbourne, NY 12788

      Michael E. Catalinotto, Jr.
      Maynard, O'Connor, Smith
      & Catalinotto, LLP
      P.O. Box 180
      Saugerties, NY 12477